IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-67-D

| | |
|---|---|
| KAROLINA SORENSSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DITECH FINANCIAL LLC/GREENTREE, | ) |
| | ) |
| Defendant. | ) |

On July 18, 2017, Karolina Sorensson moved for a default judgment [D.E. 9]. The motion lacks merit and is DENIED. See Fed. R. Civ. P. 55(b)(2).

SO ORDERED. This 15 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge