UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KAROLINA SORENSSON, )
)
       Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO.  4:17-CV-67-D**
)                  **4:18-CV-42-D**
DITECH FINANCIAL LLC/GREENTREE, )
)
       Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Ditech's motions to dismiss [D.E. 18] (4:17-CV-67-D), [D.E. 12] (4:18-CV-42-D) are GRANTED, and Sorensson's motions to cancel foreclosure [D.E. 26] (4:17-CV-67-D), [D.E. 15] (4:18-CV-42-D) are DENIED.

**This Judgment Filed and Entered on July 17, 2018, and Copies To:**

| | |
|---|---|
| Karolina Sorensson | (Sent to 615 Flybridge Lane Beaufort, NC 28516 via US Mail) |
| D. Kyle Deak | (via CM/ECF electronic notification) |
| Danielle Kara Greco | (via CM/ECF electronic notification) |

DATE:                                       PETER A. MOORE, JR., CLERK

July 17, 2018                  (By)  /s/ Nicole Briggeman
                                                Deputy Clerk